## Abstract of the Decision.

1. APPEAL AND ERROR, § 1402*—*when verdict not sustained.* A verdict so inconsistent with the theory of the suit and instructions, and so irreconcilable with the evidence that it cannot be deemed otherwise than a mere compromise cannot be sustained on appeal.

2. MUNICIPAL COURT OF CHICAGO, § 13*—*when variance is material.* A plaintiff cannot make one claim in his statement of claim and recover on an entirely different claim.

Marie Hansen and Herman Busch, trading as Hansen Busch Auto Company, Plaintiffs in Error, v. Albert G. Ferree, Defendant in Error.

Gen. No. 20,410.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed October 5, 1915.

## Statement of the Case.

Suit by Marie Hansen and Herman Busch, copartners, trading as Hansen Busch Auto Company, against Albert G. Ferree, based upon a verbal contract to recover for labor and material furnished in erecting and equipping an automobile.

All of the items of labor and material set forth in plaintiffs' affidavit of claim were disputed by the defendant. The principal contention, however, related to the number of hours of labor expended on said car. There was a trial by jury, who found the issues against the plaintiffs and judgment was entered thereon, whereupon the plaintiffs sued out this writ of error.

B. M. SHAFFNER, for plaintiffs in error.

GEORGE L. TURNBULL, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

MR. JUSTICE McGOORTY delivered the opinion of the court.

## Abstract of the Decision.

1. ASSUMPSIT, ACTION OF, § 88*—*what evidence is proper to show amount of labor furnished.* In a suit to recover for labor and material furnished in erecting and equipping an automobile, time cards showing the hours of work spent by servants on each automobile, which were properly identified, were erroneously rejected as evidence.

2. APPEAL AND ERROR, § 1253*—*when error in the exclusion of evidence cannot be complained of.* In an action to recover for labor and material furnished in erecting and equipping an automobile, error in the exclusion of time cards tending to show the amount of labor furnished cannot be complained of by the plaintiff where the record shows a recovery in excess of the amount which could have been recovered if such time cards had been admitted in evidence.

3. APPEAL AND ERROR, § 1410*—*when verdict not disturbed.* A verdict not manifestly against the weight of evidence will not be disturbed on appeal.

George Lueders & Company, Plaintiff in Error, v. Hudson Manufacturing Company, Defendant in Error.
Gen. No. 20,479.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. CAVERLY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded. Opinion filed October 5, 1915.

## Statement of the Case.

Action by George Lueders & Company, a corporation, against Hudson Manufacturing Company, to recover the purchase price of eighty-five pounds of vanilla beans. The receipt of the beans and the correctness of the purchase price were admitted by the defendant and a set-off was filed, in which the defend-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.